# EXHIBIT B

**BUSINESS CONSULTING AGREEMENT**

This Agreement is entered into between Conflict Resolution Training, Inc., a Delaware corporation with its principal place of business at 217 Hanover St, Boston, MA 02113 hereinafter referred to as "Company", and Zatony, Inc, a Rhode Island corporation, with its principal place of business at 3 Artisan Drive, Unit 549, Salem, NH 03079 hereinafter referred to as "Consultant".

**1. SERVICES**

Consultant agrees to provide training on practices, policies and procedures employed by Company prior to its new ownership, effective January 1, 2024, by Elizabeth Owen and Katherine Ko, co-owners, as well as management consulting, and administrative support services for Elizabeth Owen and Katherine Ko, including:

Planning and Strategy for Company for 2024-2026.

Planning and Strategy for improving, marketing, and creating new distribution channels for existing products (courses.)

Planning and Strategy for completing the development of products (courses) currently in production, and for marketing and identifying distribution channels for such products.

Planning and Strategy for expanding the catalog of Company's products (courses) through the development of new products, and for marketing and identifying distribution channels for such new product initiatives.

Development and Execution of marketing strategies, tools and materials, including website content and collateral, presentations, email marketing opportunities, digital advertising opportunities, direct mail marketing opportunities, and community and constituent outreach.

Administrative Support Services, including coordination of Course Scheduling, Management and operation of Online Meetings and Training Events, as needed, Coordination of Course, Student, Instructor and Licensee Materials and Data, Course and Training administrative and regulatory forms, Communication by telephone, chat, and email with Company community, including vendor, instructors, student and licensees.

Administrative management of Company's electronic platforms including Google Documents, Google Sheets, Google Slides, Google Workspace Data and Account Maintenance, Mimeo Online Printing, Company's Domain Registry, Company Video Conferencing Account(s), Wix website platform, Wix web applications, including Chat, Forms and Submissions, Wix FAQs, Wix Blog, Trello, Canva, Company's LinkedIn

    Account, Company's Affirm and Stripe Merchant Accounts, Company's Hootsuite Account, Company's Calendly Account, Company's Bitly Account, Company's Google Ads Account.

    Such other services as may be agreed upon by the parties during the term of this Agreement.

Leadership and Management Consulting Services shall be provided on Tuesdays and Thursdays during normal business hours 9:00 am - 4:30 pm EST, plus 1/2 day on Wednesdays during normal business afternoon hours 1:00 pm- 4:30 pm EST for all of 2024. The annual rate for these services is one hundred thirty-seven thousand and five hundred ($137,500) dollars, payable as specified in Paragraph 2 below.

Administrative Support work shall be provided on Monday through Thursday during normal business hours, 9:00 am - 4:30 pm, EST, until December 31, 2024. The annual rate for these services is seventy-five thousand ($75,000) dollars.

Consultant may, at its option, beginning on August 1, 2024, and with sixty (60) days prior written notice to Company, reduce its administrative service hours for the remaining term of this Agreement. In this event that Consultant elects to reduce its administrative support service hours, the compensation owed by Company to Consultant for Administrative Support Services shall be reduced in accordance with Paragraph 2 below.

**2. FEES**. Consultant shall provide the services listed in Paragraph 1 above to Company for a twelve (12) month period, commencing January 1, 2024 and terminating December 31, 2024. Consultant's fees shall be paid on a monthly basis as follows:

The sum of seventeen thousand seven hundred and ten ($17,710) dollars per month, payable on or before the last day of the months of January through November 2024; and the sum of seventeen thousand six hundred and ninety ($17,690) dollars payable on or before December 31, 2024.

In this event that Consultant elects to reduce its administrative support service hours, pursuant to Paragraph 1 above, the compensation owed by Company to Consultant for Administrative Support Serviceshall be reduced by the percentage of seventy-five thousand ($75,000) dollars equal to the percentage of service hours no longer being provided to Company.

Payment shall be made by Company to Consultant on or before each due date, taking into account any bank scheduled holiday/closure dates. In the event Company's payment to Consultant is past due, then Company shall pay an additional fee of 1% of the past due payment for each day payment is past due.

**3. EXPENSES**. Company shall reimburse Consultant for all reasonable travel and lodging expenses necessarily incurred by Consultant while away from Consultant's regular place of

2

business to perform services under this Agreement at Company's direction. Consultant shall submit an itemized statement of such expenses and receipts in a form acceptable to the Company. Company shall reimburse Consultant within two (2) weeks of receipt by Company.

**4. MATERIALS**. Company shall make available to Consultant, at Company's expense, any materials, technology or documentation necessary in supporting the efforts of the Consultant. Additionally the Company shall maintain two Company email addresses for Consultant for the duration of this agreement.

**5. TERM OF AGREEMENT**. This Agreement will become effective on the date it is signed, and shall remain in effect until December 31, 2024. This Agreement shall continue in full force and effect for the duration of Consultant's work with the Company (the "Period of Work") and shall terminate on the last day of the Agreement as stipulated above unless extended as mutually agreed to by both parties.

**6. CONSULTANT AN INDEPENDENT CONTRACTOR**. Consultant is an independent contractor, and neither Consultant nor Consultant's personnel are, or shall be deemed, Company's employees. Nothing contained in this Agreement shall create or imply an agency relationship, joint venture or partnership between the parties. In its capacity as an independent contractor, Consultant agrees and represents that Company shall not be obligated to provide insurance coverage of any kind for Consultant or Consultant's personnel.

**7**. **INJUNCTIVE RELIEF** Both parties acknowledge that the other's failure to carry out any obligation under this Agreement, or a breach by either party of any provision herein, may constitute immediate and irreparable damage to the other, which cannot be fully and adequately compensated in money damages and which may warrant preliminary and other injunctive relief, an order for specific performance, and other equitable relief. The parties further agree that no bond or other security shall be required in obtaining such equitable relief and both parties hereby consent to the issuance of such injunction and to the ordering of specific performance. Both parties also understand that other action may be taken and remedies enforced.

**8**. **MODIFICATION** No modification of this Agreement shall be valid unless made in writing and signed by both parties.

**9**. **BINDING EFFECT** This Agreement shall be binding upon Consultant, Consultant's heirs, executors, assigns and administrators and is for the benefit of the Company and its successors and assigns.

**10**. **GOVERNING LAW** This Agreement shall be construed in accordance with, and all actions arising under or in connection therewith shall be governed by, the internal laws of the State of New Hampshire (without reference to conflict of law principles).

**11. INTEGRATION** This Agreement sets forth the parties' mutual rights and obligations with respect to proprietary information, prohibited competition, and intellectual property. It is intended

3

to be the final, complete, and exclusive statement of the terms of the parties' agreements regarding these subjects. This Agreement supersedes all other prior and contemporaneous agreements and statements on these subjects, and it may not be contradicted by evidence of any prior or contemporaneous statements or agreements. To the extent that the practices, policies, or procedures of the Company, now or in the future, apply to Consultant and are inconsistent with the terms of this Agreement, the provisions of this Agreement shall control unless changed in writing by the Company.

**12**. **ATTORNEYS' FEES** Should either Consultant or the Company, or any heir, personal representative, successor or permitted assign of either party, resort to legal proceedings to enforce this Agreement, the prevailing party (as defined in New Hampshire statutory law) in such legal proceeding shall be awarded, in addition to such other relief as may be granted, attorneys' fees and costs incurred in connection with such proceeding.

**13**. **ASSIGNMENT** This Agreement may not be assigned without the Company's prior written consent.

**14**. **COMPLIANCE with LAW** Consultant agrees to abide by all federal, state, and local laws, ordinances and regulations.

**15. LIMITATION ON CONSULTANT'S LIABILITY TO COMPANY.**

In no event shall consultant be liable to Company for lost profits of Company, or special, incidental or consequential damages (even if Consultant has been advised of the possibility of such damages).

Consultant's total liability under this Agreement for damages, cost and expenses, regardless of cause, shall not exceed the total amount of fees paid to Consultant by Company under this Agreement.

Company shall indemnify Consultant against all claims, liabilities and costs, including reasonable attorney fees, or defending any third party claim or suit, other than for infringement of intellectual property rights, arising out of or in connection with Company's performance under this Agreement. Consultant shall promptly notify Company in writing of such claim or suit and Company shall have the right to fully control the defense and any settlement of the claim or suit.

**16. FORCE MAJEURE**. Consultant shall not be liable for and is excused from any failure to deliver or perform or delay in delivery or performance, due to causes beyond its reasonable control or due to failure of Company to provide sufficient information, resources, cooperation or personnel to support the scope of work described herein. The period of performance shall be extended to such extent as may be appropriate after the cause of the delay or non-performance has been removed.

**17. DISPUTE RESOLUTION**. If a dispute arises under this Agreement, the parties agree to first try to resolve the dispute with the help of a mutually agreed upon mediator in the following location: New Hampshire. Any costs and fees other than attorney fees associated with the mediation shall be shared equally by the parties.

**18. GENERAL PROVISIONS.**

(a) Notices: All notices and other communications given in connection with this Agreement shall be in writing and shall be deemed given as follows:

(1) When delivered personally to the recipient's address as appearing in the introductory paragraph in this Agreement.

(2) Five days after being deposited in the United States mail, postage prepaid to the recipient's address as appearing in the introductory paragraph to this Agreement, or

(3) When sent by email to the email address last provided by the recipient known to the party giving notice. Notice is effective upon receipt provided that a duplicate copy of the notice is promptly given by first-class or certified mail, or the recipient delivers a written confirmation of receipt.

Either party may change its address appearing in the introductory paragraph to this Agreement by giving notice of the change in accordance with this paragraph.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date set forth below.

Company, by:

*Elizabeth Jewett Owen*  
—5BEA0193DEF6492...  
Elizabeth Jewett Owen

12/21/2023

Dated:

*katherine ko*  
—9690E39F8D7F452...  
Katherine Ko

12/21/2023

Dated:

Consultant, by:

*Susan Deveney*  
—32E9C6B6131E48C...  
Susan Deveney

12/22/2023

Dated:

5