# EXHIBIT F

# Conflict Resolution Training, Inc.
## NONDISCLOSURE and NON-COMPETE AGREEMENT

**Conflict Resolution Training, Inc., (hereinafter referred to as Conflict Resolution Training, or CRT, or the Disclosing Party)** a Delaware corporation, having a Boston, Massachusetts address at 217 Hanover Street, Boston, Massachusetts 02113, USA, and **Katherine Y. Ko, Ph.D**., located at 4950 Barranca Pkwy, Suite 310-A, Irvine, CA, **hereinafter referred to as "Katherine Ko" or "the Receiving Party")** each hereinafter referred to as a "Party" or together as "Parties", recognize that it may be mutually beneficial to exchange certain information that Conflict Resolution Training considers to be **Proprietary, Confidential and/or Financial** in order to support their activities related to:

**Discussions about the possible purchase and sale of the business, or a portion of the business, of Conflict Resolution Training, or the assets, or a portion of the assets of Conflict Resolution Training.**
.
The Parties therefore agree as follows:

**1. Proprietary, Confidential and/or Financial** shall mean any information of any form or characteristic designated by CRT, verbally or in writing, to be **Proprietary, Confidential, and/or Financial**, or is otherwise known to the Receiving Party as **Proprietary, Confidential and/or Financial** at the time of the disclosure.

**2. Proprietary, Confidential and/or Financial** shall include, but not be limited to, business operations, business strategies, whether past, present or future, specifications, designs, process information, any and all technical and non-technical information, including but not limited to any data files, reports, accounts, or any other Proprietary, Confidential and/or Financial in any way related to training courses, training programs, training products, services, processes, plans, methods, research, development, technology programs, software, authorship, customer, client and/or student or faculty partner lists, vendor lists, suppliers, marketing, advertising or sales plans, analysis or statistical information, business plans, strategies, financial information or projections, operations, sales quotes or estimates, performance results which may be related to past, present and/or future business activities, works-in-progress, development tools, flowcharts, databases, pricing prototypes, toolkits, continuing education accreditation processes employed by CRT, any intellectual property that CRT considers to be protected under applicable laws and any other material related or pertaining to any business of CRT, its subsidiaries, respective clients, consultants or vendors that may be disclosed to the Receiving Party  within the terms of this Agreement.

**3. The Receiving Party shall not disclose**, in whole or in part, by any means whatsoever, any **Proprietary, Confidential or Financial Information** provided by Conflict Resolution Training to any third party without the express prior written consent of Conflict Resolution Training, except as specified herein. The Receiving Party shall not alter, modify, decompile, disassemble, reverse engineer, translate or create derivative works from Conflict Resolution Training's **Proprietary, Confidential or Financial Information**. The Receiving Party shall use the **Proprietary, confidential and/or Financial Information** of Conflict Resolution Training only for the limited purpose described above and not for any other purpose.

**4. The Receiving Party shall utilize** the same degree of care to preserve and protect Conflict Resolution Training's **Proprietary, Confidential and/or Financial** from disclosure, or otherwise limit access, as it uses to protect its own **Proprietary, Confidential and/or Financial**, which degree of care will not be less than reasonable. The non-disclosure obligations provided for herein shall not apply to the extent that the written record demonstrates such information was:

   a. Disclosed as part of the Receiving Party's efforts to procure financing of the purchase all, or part, of the business or assets of Conflict Resolution Training, Inc.; and in exercising such

efforts, it was necessary that the Receiving Party disseminate some of the **Proprietary, Confidential and/or Financial** disclosed by Conflict Resolution Training in order to move meaningful conversation forward with respect to securing such financing; and the Receiving Party has exercised caution and discretion with respect to such dissemination and shared only so much of the Disclosed Information as is necessary secure such financing.

b. In the public domain

c. Known to the Receiving Party prior to disclosure by CRT,

d. Disclosed by the Receiving Party with the prior written consent of CRT,

e. Independently developed by the Receiving Party without reliance on Conflict Resolution Training's **Proprietary, Confidential and/or Financial**, or

f. Is disclosed pursuant to the requirements of a Government Agency or disclosure is otherwise required by operation of law.

Notwithstanding the foregoing, the Receiving Party shall have the burden of proving the applicability of any subparagraph 4(a) through 4(f), and shall require, whenever possible, the persons or entities to which Proprietary, Confidential and/or Financial Information has been disclosed to sign nondisclosure restrictions at least as protective as those contained in this Agreement.

5. **Proprietary, Confidential and/or Financial** disclosed under this agreement shall be and remain the property of Conflict Resolution Training, Inc. Any disclosure of **Proprietary, Confidential and/or Financial** under this Agreement shall not constitute prior publication or public use regarding Patent, Trademark or Copyright eligibility. Nothing in this Agreement shall be deemed, either expressly or by limitation, to convey any right or license, or be construed as creating any kind of partnership or agency between the Parties nor may the Receiving Party assign or delegate any obligation under this Agreement without the prior written consent of Conflict Resolution Training. No Party is obligated to disclose **Proprietary, Confidential and/or Financial** by reason of this Agreement. No warranty is made regarding the accuracy of **Proprietary, Confidential and/or Financial** provided to the Receiving Party.

6. **This Agreement shall be effective** for a period of three (3) years after the date on which the Parties terminate the discussions and exchange of information upon which this Agreement is based. Obligations of the Parties shall survive termination of this Agreement. Upon termination or expiration, all **Proprietary, Confidential and/or Financial** shall be returned to Conflict Resolution Training or destroyed to the satisfaction of Conflict Resolution Training to the extent that the **Proprietary, Confidential and/or Financial** cannot be placed back into use.

7. **In the event Proprietary, Confidential and/or Financial** is orally disclosed or disclosed without restrictive marking hereunder, the Disclosing Party thereof agrees to notify Conflict Resolution Training of such disclosure and reduce the same to writing or other tangible media referencing the place and date thereof, and the names of the Receiving Party's employees or agents to whom such disclosure was made. The Disclosing Party shall promptly thereafter resubmit the **Proprietary, Confidential and/or Financial** to the Receiving Party with appropriate marking. The Receiving Party, at Conflict Resolution Training's request, shall either return or destroy all unmarked copies of such **Proprietary, Confidential and/or Financial** to the satisfaction of the requesting Party to the extent that the **Proprietary, Confidential and/or Financial** cannot be placed back into use.

8. **In the event that the Receiving Party is required to disclose Proprietary, Confidential and/or Financial** by any legal order, the Receiving Party shall provide Conflict Resolution Training with immediate written notice of same so that the Disclosing Party has the opportunity to seek an appropriate protective order. If the Disclosing Party does not obtain a protective order, the Receiving

Party shall disclose only such part of the **Proprietary, Confidential and/or Financial** as is lawfully required.

9. **Non-Compete and Non-Solicitation:** Throughout the duration of this Agreement, the Receiving Party shall not, in any manner, represent, provide services, or engage in any aspects of business that would be deemed similar to the business of Conflict Resolution Training without the express written consent of Conflict Resolution Training. The recipient warrants and guarantees that throughout the duration of this agreement and for a period of two (2) years thereafter following the culmination, completion or termination of this Agreement, that s/he shall not directly or indirectly engage in any business that would be considered similar in nature to that of Conflict Resolution Training, its subsidiaries or assigns and will not engage in any business with Conflict Resolution Training's current or former clients or customers within a fifty (50) mile radius of Conflict Resolution Training's business territories. Nor shall the Receiving Party solicit any client, student, graduate, faculty partner, customer, officer, staff or employee of Conflict Resolution Training for the benefit her/himself or a third party that is or may be engaged in a similar business.

10. **A breach of any of the terms** of this Agreement will result in irreparable and continuing damage for which there may be no adequate remedy at law and the non-breaching Party shall be entitled to seek injunctive relief, without the necessity of posting a bond, and such other relief, including monetary damages, if appropriate, against the breaching Party and/or any other person or entity liable for the unauthorized or wrongful use or disclosure of **Proprietary, Confidential and/or Financial** received hereunder.

11. **This Agreement shall be construed** in accordance with the laws of the State of Delaware.

12. **If any part of this Agreement is found invalid or unenforceable,** that part will be amended to achieve as nearly as possible the same economic effect as the original provision and the remainder of the Agreement will remain in full force.

13. **This Agreement,** including any other documents attached hereto or referred to herein, which form a part hereof, embodies the entire agreement and understanding of the Parties hereof. This Agreement may not be amended except in writing signed by a duly authorized representative of the respective Parties.

**IN WITNESS WHEREOF,** the Parties have caused this Agreement to be executed by duly authorized representatives.

CONFLICT RESOLUTION TRAINING, INC.        SIGNATORY


By: _____        By:  *Katherine Ko, Ph.D.*

Printed Name:  Susan Deveney        Printed Name:  Katherine Y. Ko

Title:            President - CRT        Title:            Prospective Buyer

Dated:        Dated:  9/15/2023

# Conflict Resolution Training, Inc.

## NONDISCLOSURE and NON-COMPETE AGREEMENT

**Conflict Resolution Training, Inc., (hereinafter referred to as Conflict Resolution Training, or CRT, or the Disclosing Party)** a Delaware corporation, having a Boston Massachusetts address at 217 Hanover Street, Boston, Massachusetts 02113, USA, and **Elizabeth Jewett Owen hereinafter referred to as "Elizabeth Jewett Owen" or "the Receiving Party")** each hereinafter referred to as a "Party" or together as "Parties", recognize that it may be mutually beneficial to exchange certain information that Conflict Resolution Training considers to be **Proprietary, Confidential and/or Financial** in order to support their activities related to:

**Discussions about the possible purchase and sale of the business, or a portion of the business, of Conflict Resolution Training, or the assets, or a portion of the assets of Conflict Resolution Training.**
.
The Parties therefore agree as follows:

**1. Proprietary, Confidential and/or Financial** shall mean any information of any form or characteristic designated by CRT, verbally or in writing, to be **Proprietary, Confidential, and/or Financial**, or is otherwise known to the Receiving Party as **Proprietary, Confidential and/or Financial** at the time of the disclosure.

**2. Proprietary, Confidential and/or Financial** shall include, but not be limited to, business operations, business strategies, whether past, present or future, specifications, designs, process information, any and all technical and non-technical information, including but not limited to any data files, reports, accounts, or any other Proprietary, Confidential and/or Financial in any way related to training courses, training programs, training products, services, processes, plans, methods, research, development, technology programs, software, authorship, customer, client and/or student or faculty partner lists, vendor lists, suppliers, marketing, advertising or sales plans, analysis or statistical information, business plans, strategies, financial information or projections, operations, sales quotes or estimates, performance results which may be related to past, present and/or future business activities, works-in-progress, development tools, flowcharts, databases, pricing prototypes, toolkits, continuing education accreditation processes employed by CRT, any intellectual property that CRT considers to be protected under applicable laws and any other material related or pertaining to any business of CRT, its subsidiaries, respective clients, consultants or vendors that may be disclosed to the Receiving Party within the terms of this Agreement.

**3. The Receiving Party shall not disclose**, in whole or in part, by any means whatsoever, any **Proprietary, Confidential or Financial Information** provided by Conflict Resolution Training to any third party without the express prior written consent of Conflict Resolution Training, except as specified herein. The Receiving Party shall not alter, modify, decompile, disassemble, reverse engineer, translate or create derivative works from Conflict Resolution Training's **Proprietary, Confidential or Financial Information**. The Receiving Party shall use the **Proprietary, confidential and/or Financial Information** of Conflict Resolution Training only for the limited purpose described above and not for any other purpose.

**4. The Receiving Party shall utilize** the same degree of care to preserve and protect Conflict Resolution Training's **Proprietary, Confidential and/or Financial** from disclosure, or otherwise limit access, as it uses to protect its own **Proprietary, Confidential and/or Financial**, which

degree of care will not be less than reasonable. The non-disclosure obligations provided for herein shall not apply to the extent that the written record demonstrates such information was:

a. Disclosed as part of the Receiving Party's efforts to procure financing of the purchase of all, or part, of the business or assets of Conflict Resolution Training, Inc.; and in exercising such efforts, it was necessary that the Receiving Party disseminate some of the **Proprietary, Confidential and/or Financial** disclosed by Conflict Resolution Training in order to move meaningful conversation forward with respect to securing such financing; and the Receiving Party has exercised caution and discretion with respect to such dissemination and shared only so much of the Disclosed Information as is necessary secure such financing.

b. In the public domain

c. Known to the Receiving Party prior to disclosure by CRT,

d. Disclosed by the Receiving Party with the prior written consent of CRT,

e. Independently developed by the Receiving Party without reliance on Conflict Resolution Training's **Proprietary, Confidential and/or Financial**, or

f. Is disclosed pursuant to the requirements of a Government Agency or disclosure is otherwise required by operation of law.

Notwithstanding the foregoing, the Receiving Party shall have the burden of proving the applicability of any subparagraph 4(a) through 4(f), and shall require, whenever possible, the persons or entities to which Proprietary, Confidential and/or Financial Information has been disclosed to sign nondisclosure restrictions at least as protective as those contained in this Agreement.

**5. Proprietary, Confidential and/or Financial** disclosed under this agreement shall be and remain the property of Conflict Resolution Training, Inc. Any disclosure of **Proprietary, Confidential and/or Financial** under this Agreement shall not constitute prior publication or public use regarding Patent, Trademark or Copyright eligibility. Nothing in this Agreement shall be deemed, either expressly or by limitation, to convey any right or license, or be construed as creating any kind of partnership or agency between the Parties nor may the Receiving Party assign or delegate any obligation under this Agreement without the prior written consent of Conflict Resolution Training. No Party is obligated to disclose **Proprietary, Confidential and/or Financial** by reason of this Agreement. No warranty is made regarding the accuracy of **Proprietary, Confidential and/or Financial** provided to the Receiving Party.

**6. This Agreement shall be effective** for a period of three (3) years after the date on which the Parties terminate the discussions and exchange of information upon which this Agreement is based. Obligations of the Parties shall survive termination of this Agreement. Upon termination or expiration, all **Proprietary, Confidential and/or Financial** shall be returned to Conflict Resolution Training or destroyed to the satisfaction of Conflict Resolution Training to the extent that the **Proprietary, Confidential and/or Financial** cannot be placed back into use.

**7. In the event Proprietary, Confidential and/or Financial** is orally disclosed or disclosed without restrictive marking hereunder, the Disclosing Party thereof agrees to notify Conflict Resolution Training of such disclosure and reduce the same to writing or other tangible media referencing the place and date thereof, and the names of the Receiving Party's employees or agents to whom such disclosure was made. The Disclosing Party shall promptly thereafter resubmit the **Proprietary, Confidential and/or Financial** to the Receiving Party with appropriate marking. The

Receiving Party, at Conflict Resolution Training's request, shall either return or destroy all unmarked copies of such **Proprietary, Confidential and/or Financial** to the satisfaction of the requesting Party to the extent that the **Proprietary, Confidential and/or Financial** cannot be placed back into use.

**8. In the event that the Receiving Party is required to disclose Proprietary, Confidential and/or Financial** by any legal order, the Receiving Party shall provide Conflict Resolution Training with immediate written notice of same so that the Disclosing Party has the opportunity to seek an appropriate protective order. If the Disclosing Party does not obtain a protective order, the Receiving Party shall disclose only such part of the **Proprietary, Confidential and/or Financial** as is lawfully required.

9. **Non-Compete and Non-Solicitation:** Throughout the duration of this Agreement, the Receiving Party shall not, in any manner, represent, provide services, or engage in any aspects of business that would be deemed similar to the business of Conflict Resolution Training without the express written consent of Conflict Resolution Training. The recipient warrants and guarantees that throughout the duration of this agreement and for a period of two (2) years thereafter following the culmination, completion or termination of this Agreement, that s/he shall not directly or indirectly engage in any business that would be considered similar in nature to that of Conflict Resolution Training, its subsidiaries or assigns and will not engage in any business with Conflict Resolution Training's current or former clients or customers within a fifty (50) mile radius of Conflict Resolution Training's business territories. Nor shall the Receiving Party solicit any client, student, graduate, faculty partner, customer, officer, staff or employee of Conflict Resolution Training for the benefit her/himself or a third party that is or may be engaged in a similar business. Notwithstanding any of the above, Recipient shall be free to permit "shadowing" of her work as a Mediator, meaning that new or prospective mediators may learn from Recipient's experience as a Mediator by sitting in mediation sessions with Recipient, writing mediation agreements in cases on which Recipient works as a mediator and perform other, similar assistance or supervised or co-mediation work.

**10. A breach of any of the terms** of this Agreement will result in irreparable and continuing damage for which there may be no adequate remedy at law and the non-breaching Party shall be entitled to seek injunctive relief, without the necessity of posting a bond, and such other relief, including monetary damages, if appropriate, against the breaching Party and/or any other person or entity liable for the unauthorized or wrongful use or disclosure of **Proprietary, Confidential and/or Financial** received hereunder.

**11. This Agreement shall be construed** in accordance with the laws of the State of Delaware.

**12. If any part of this Agreement is found invalid or unenforceable**, that part will be amended to achieve as nearly as possible the same economic effect as the original provision and the remainder of the Agreement will remain in full force.

**13. This Agreement**, including any other documents attached hereto or referred to herein, which form a part hereof, embodies the entire agreement and understanding of the Parties hereof. This Agreement may not be amended except in writing signed by a duly authorized representative of the respective Parties.

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed on August 8, 2023 by duly authorized representatives.

**CONFLICT RESOLUTION TRAINING, INC.**                              **SIGNATORY**

By: _____

Printed Name:  Susan Deveney

Title:              President

Date:              8/8/23

By: _____

Printed Name:  Elizabeth Jewett Owen

Title:

Date:              9/14/23