# **EXHIBIT G**



**Divorce Mediation Certificate Program**

## COURSE DESCRIPTION

The Divorce Mediation Certificate Program will teach you everything you need to know to begin work as a Divorce Mediator immediately upon Certification. This comprehensive, post graduate level program will teach you everything about handling a divorce mediation case from the time your clients call to schedule an appointment to the time they leave your office with a complete agreement on all the terms of their divorce. The Divorce Mediation Certificate Program will teach you everything you need to know to begin work as a Divorce Mediator immediately upon Certification. This comprehensive, post graduate level program will teach you everything about handling a divorce mediation case from the time your clients call to schedule an appointment to the time they leave your office with a complete agreement on all the terms of their divorce.

Instructors:

- Elizabeth Jewett Owen, JD Attorney at Law, NY Certified Conflict Resolution Specialist & Course
- Katherine Y. Ko, Ph.D. Licensed Clinical Psychologist, CA Certified Divorce Mediator & Course Instructor

DATES / TIMES: 7/19, 7/20, 7/26, & 7/27 from 8:00 am-5:00 pm PST (+ 3 hours asynchronous coursework)

LOCATION: Online via Zoom

COST: $1,595

- Students: $1,275
- Alliant International University Affiliates (Faculty/Staff/Alumni): $1,450
- CPA Members: $1,450

Discount codes available!

DMTCP-Students = STUD2024DIV

DMTCP * Affiliates = ALLIANTDMTCP *

DMTCP - CPA = CPA2024DIV