# EXHIBIT H

**Click Here to Sign up for the OCE Newsletter Now! (https://tcsppofficeofce.com/subscribe-to-our-newsletter/)**



(https://tcsppofficeofce.com/)

Home   (https://tcsppofficeofce.com/)

Upcoming Live Events   (https://tcsppofficeofce.com/live-events/)

Homestudy Courses (https://tcsppofficeofce.com/homestudy-main-2024/)

Continuing Education Book Club (https://tcsppofficeofce.com/continuing-education-book-club/)

Partner Organizations   (https://tcsppofficeofce.com/partner-organizations/)

Bundled Programs (https://tcsppofficeofce.com/bundled-programs/)

Microcredential Courses   (https://tcsppofficeofce.com/microcredential-courses/)

Professional Coaching (https://tcsppofficeofce.com/coaching/)

Partner With Us  (https://tcsppofficeofce.com/partner-with-us/)

Past Conferences  (https://tcsppofficeofce.com/past-conferences/)

Continuing Education Information  (https://tcsppofficeofce.com/continuing-education-information/)

Subscribe to Our Newsletter (https://tcsppofficeofce.com/subscribe-to-our-newsletter/)

CE Gifts Cards (https://tcsppofficeofce.com/cegiftcards/)

 My Courses (https://tcsppofficeofce.com/my-account/my-courses/)

 (https://tcsppofficeofce.com/#)



# Divorce Mediation Training Certificate Course- Level 2

## Presented by The Harmony Institutes

The Divorce Mediation Training Certificate Course- Level 2, presented by The Harmony Institutes, will teach you everything you need to know to begin work as a Divorce Mediator immediately upon Certification. More than just the basics of divorce mediation, this comprehensive, post graduate level program will teach you everything about handling a divorce mediation case from the time your clients call to schedule an appointment to the time they leave your office with a complete agreement on all of the terms of their divorce.

Linear, step-by-step instruction from top tier faculty, and all of the tools you will need to be an effective mediator, will leave you feeling confident about helping divorcing spouses resolve conflict and end their marriage in a

positive, healthy manner, avoiding the acrimony that accompanies divorce court proceedings.

More information about The Harmony Institutes can be found on their **website** (https://www.theharmonyinstitutes.org/).

Level 1 Training is not required to participate and complete Level 2.



*Event held online via Zoom. Zoom link will be sent by email.*

**This program, when attended in its entirety, offers 40.0 CEs for Psychologists, 40.0 IL CEUS for Counselors and Social Workers, or 40.0 BBS California CEUs for LPCCs, LPSW, and LMFTs**

Participants of this program are also eligible for the Divorce Mediator Digital Badge **and** The Divorce Mediation Certificate

---

**The tax-deductible registration for this program includes all of the necessary materials for classwork as well as resources for working with couples after course completion, including:**

**(1)** A Professional Divorce Mediator Certificate

**(2)** Resources and tools for handling mediation cases

**(3)** Forms, templates, and a business model for either incorporating mediation services into an existing mental health practice or establishing a new and separate divorce mediation practice

## Course Pricing

**General Admission** .................................................................................................. **$1800.00**

**Students** ................................................................................................................... **$1550.00**

Please email officeofce@thechicagoschool.edu for code

**The Chicago School Affiliates (Faculty/Staff/Alumni/Site Supervisors)** .......... **$1550.00**

Please email officeofce@thechicagoschool.edu for code

**Groups** ................................................................................................. **Email for Pricing**

Please email officeofce@thechicagoschool.edu

### Refund Policy:

100% of tuition is refundable up to 48 hours before the program. Within 48 hours of the program there will be no refunds.

*Event requires a minimum of 5 participants. In the event of program cancellation, registered participants will be issued a full refund.*

# Upcoming Sessions

## Spring 2025 Dates Coming Soon!

## Session Overview

## Objectives

At the conclusion of this **intermediate-level** program, participants will be able to

- Describe what divorce mediation is and define the role of divorce mediator.
- Distinguish mediation from other forms of conflict resolution.

- Determine when divorce mediation is, and is not, appropriate for divorcing couples.
- List the three principles that guide successful mediators in helping clients reach agreement on the issues that need to be resolved in divorce.
- Guide divorcing spouses in the creation of a parenting plan with a view toward the best interest of the children of the family.
- Provide guidance to divorcing spouses on the calculation of child support obligations.
- Utilize techniques for minimizing, avoiding, and breaking impasse.
- Write Memorandum of Understanding on behalf of divorce mediation clients.
- Assist clients in resolving deadlocks and disagreements through conciliation, empathy and cooperation.
- Describe best practices to guard against legal liability and how to avoid conflicts of interest and thereby professional malfeasance.
- Plan when and how to introduce legal, financial, mental health and other professionals to divorce mediation clients when such expertise is needed.
- Provide divorce mediation services as part of a mental health practice or as a separate divorce mediation practice.
- Mediate all aspects of a divorce case from beginning to end, using experts as resources when necessary.
- Teach divorcing spouses about the issues the family court requires them to address once they have decided to divorce.
- Assist divorcing spouses in reaching fair and amicable resolution of all of the issues the family court requires them to address, considering options available to them when doing so.

## Included in Tuition

The tax-deductible tuition for this program includes all of the necessary materials for classwork as well as resources for working with couples after course completion, including:

- A Professional Divorce Mediator Certificate
- Resources and tools for handling mediation cases
- Forms, templates, and a business model for either incorporating mediation services into an existing mental health practice or establishing a new and separate divorce mediation practice

## About the Speakers



**Elizabeth Jewett Owen, J.D., Attorney at Law, Lead Instructor for The Harmony Institutes, Inc**

Elizabeth Jewett Owen is a distinguished attorney practicing in upstate New York, offering her legal services to a diverse clientele worldwide. With over two decades of extensive experience in the legal profession, Elizabeth

is renowned for her exceptional expertise and professionalism.

In addition to her robust legal practice, Elizabeth is deeply committed to fostering education and professional development within the legal community. She has meticulously developed training programs and resources tailored for attorneys, paralegals as well as mental health and financial professionals ensuring comprehensive knowledge transfer and skill enhancement. Moreover, Elizabeth actively engages in mentoring and supervising legal practitioners across all facets of her general practice, reflecting her dedication to upholding the highest standards of legal proficiency.

As a certified divorce mediator, Elizabeth possesses unparalleled proficiency in navigating the intricate landscape of divorce mediation and conflict resolution. Her adeptness extends to contract negotiation, meticulous drafting of separation agreements, property settlements, and Qualified Domestic Relations Orders (QDROs), underlining her mastery in matrimonial law.

Throughout her illustrious career, Elizabeth has consistently demonstrated an unwavering commitment to delivering superior legal services to her clients. Her unparalleled expertise, coupled with her steadfast professionalism, positions her as a trusted ally for individuals and entities seeking unparalleled legal counsel and representation.



**Katherine Ko, Ph.D., Clinical Psychologist, Lead Instructor for The Harmony Institutes, Inc**

Dr. Katherine Ko stands as a distinguished figure in the field of clinical psychology, boasting a wealth of expertise accumulated over a career spanning more than two decades. As a licensed clinical psychologist, Dr. Ko has diligently served individuals, families, and groups within private practice environments, demonstrating an absolute commitment to facilitating transformative change and fostering emotional well-being. Beyond her clinical practice, she is also deeply engaged in various community-oriented endeavors, including volunteering, training, teaching, and coaching. Dr. Ko's professional pursuits are anchored in her specialized areas of focus, namely marital therapy, family therapy, and parenting/co-parenting coaching. Her profound expertise in these domains reflects her enduring passion for fostering harmonious relationships and cultivating resilience in individuals facing adversities.

With over seven years as a Certified Divorce Mediator, Dr. Ko brings an exceptional understanding of conflict resolution and mediation techniques to her practice. Her adeptness in navigating the complexities of marital dissolution underscores her dedication to aiding individuals through some of life's most challenging transitions with compassion and clarity.

Driven by a deep desire to promote harmony and balance in people's lives, Dr. Ko approaches her work with an infectious enthusiasm, infusing her interactions with positivity and empathy. Her unwavering dedication to her client's well-being and her commitment to facilitating personal growth underscore Dr. Ko's status as a trusted advocate and ally on the journey toward emotional fulfillment and psychological resilience.

## Continuing Education

▲ **Audience**

• Graduate students enrolled in the program acquiring clinical knowledge and skills
• The general public seeking to broaden their knowledge base on the topic
• Practicing professionals seeking professional development that will have immediate applicability to enhance their work

▲ **References**

Cole, A., Ducharme, E., Habelow, W., & Thayer, E. (2023). Collaborative divorce: A paradigm shift in theory and practice. Practice Innovations, 8(3), 196–208. https://doi.org/10.1037/pri0000198

Roberts, M. (2015). Mediation in family disputes: Principles of practice. (4th ed.). Routledge.

Weaver, J. M., & Schofield, T. J. (2015). Mediation and moderation of divorce effects on children's behavior problems. Journal of Family Psychology, 29(1), 39–48. https://doi.org/10.1037/fam0000043

## ▲ Program Standards and Goals

This program meets APA's continuing education STANDARD 1.3: Program content focuses on topics related to psychological practice, education, or research other than application of psychological assessment and/or intervention methods that are supported by contemporary scholarship grounded in established research procedures.

This program meets APA's continuing education GOAL 3: Program will allow psychologists to maintain, develop, and increase competencies in order to improve services to the public and enhance contributions to the profession.

## ▲ Continuing Education Statements

**Psychologists.** This program, when attended in its entirety, is available for 40.0 continuing education credits. The Chicago School of Professional Psychology is committed to accessibility and non-discrimination in its continuing education activities. The Chicago School of Professional Psychology is also committed to conducting all activities in conformity with the American Psychological Association's Ethical Principles for Psychologists. Participants are asked to be aware of the need for privacy and confidentiality throughout the program. If program content becomes

stressful, participants are encouraged to process these feelings during discussion periods. The Chicago School of Professional Psychology is approved by the American Psychological Association to sponsor continuing education for psychologists. The Chicago School of Professional Psychology maintains responsibility for this program and its content.

**Counselors/Clinical Counselors.** This program, when attended in its entirety, is available 40.0 hours of continuing education. The Chicago School of Professional Psychology is licensed by the Illinois Department of Financial and Professional Regulation (IDFPR) to provide continuing education programming for counselors and clinical counselors. License Number: 197.000159.

**Social Workers.** This program, when attended in its entirety, is available for 40.0 hours of continuing education. The Chicago School of Professional Psychology is licensed by the Illinois Department of Financial and Professional Regulation (IDFPR) to provide continuing education programming for social workers. License Number: 159.001036

**MFTs, LPCCs, and LCSWs.** Course meets the qualifications for 40.0 hour of continuing education credit for MFTs, LPCCs, and/or LCSWs as required by the California Board of Behavioral Sciences. If you are licensed outside of California please check with your local licensing agency to to determine if they will accept these CEUs. The Chicago School of Professional Psychology is approved by the California Board of Behavioral Sciences (BBS) to offer continuing education programming for MFTs, LPCCs, LEPs, and/or LCSWs. The Chicago School of Professional Psychology is an

accredited or approved postsecondary institution that meets the requirements set forth in Sections 4980.54(f)(1), 4989.34, 4996.22(d)(1), or 4999.76(d) of the Code.

**Non Psychologists.** Most licensing boards accept Continuing Education Credits sponsored by the American Psychological Association but non-psychologists are recommended to consult with their specific state-licensing board to ensure that APA-sponsored CE is acceptable.

***Participants must attend 100% of the program in order to obtain a Certificate of Attendance.**

Disclaimer for all programs: *If participants have special needs, we will attempt to accommodate them. Please address questions, concerns and any complaints to OfficeofCE@thechicagoschool.edu. There is no commercial support for this program nor are there any relationships between the CE Sponsor, presenting organization, presenter, program content, research, grants, or other funding that could reasonably be construed as conflicts of interest.*

![LinkedIn]

