# EXHIBIT I

Case 1:24-cv-00127-AJ    Document 31-9    Filed 02/12/25    Page 2 of 10

12/12/24, 7:09 AM                                                         Divorce Mediation Certificate Program

| Course Structure | Curriculum | Tuition | Learning Objectives | Continuing Education | FAQs |

# Divorce Mediation Certificate Program

## 2024-2025 Classes
## US, UK, Canada

Divorce Mediation Certificate Program will you everything you need to know to begin

Welcome! Want to Chat?


https://www.conflictresolutiontraining.com/divorce-mediation-certificate                                                                1/9

12/12/24, 7:09 AM                                                                 Divorce Mediation Certificate Program

k as a Divorce Mediator immediately upon
fication. More than just the basics of divorce
diation, this comprehensive, post graduate
el program will teach you everything about
ling a divorce mediation case from the time
clients call to schedule an appointment to
time they leave your office with a complete
eement on all of the terms of their divorce.

ear, step-by-step instruction from top tier
ty, and all of the tools you will need to be an
ffective mediator, will leave you feeling
nfident about helping divorcing spouses
solve conflict and end their marriage in a
tive, healthy manner, avoiding the acrimony
t accompanies divorce court proceedings.

Hear from our graduates!


Online


Pittsburgh


Boston


Phoenix


London




Los Angeles


Dallas


Vancouver

Divorce Mediation Certificate Program | London | January 7 - 10, 2025

Divorce Mediation Certificate Program | Los Angeles, CA | January 14-17, 2025

Divorce Mediation Certificate Program | Dallas, TX | Feb. 18 - 21, 2025

Divorce Media[tion] Certificate Pro[gram] Vancouver | 4/ 5/2/25

ready to commit to a comprehensive 35
ur program? Come to our Introduction to
ivorce Mediation Program to find out if
ing with divorcing spouses is a path you'd
like to pursue!

Learn about the Introduction to
Divorce Mediation Program.

This Divorce Mediation Certificate Program is an accredited, intensive post-graduat[e]
level program that is approved for 35 Continuing Education Credits.

As a CRT-Certified Divorce Mediator, you will join a select group of mediators who ar[e]
able to mediate divorce cases in any state within the United States. No other trainin[g]
program offers this advantage.

No additional certifications or supervisory sessions are required. Simply complete y[our]
course, earn your certificate, and begin mediating with confidence.

12/12/24, 7:09 AM                                             Divorce Mediation Certificate Program

# Course Structure

This is 35 credit hour course, including 32 hours of class time and a minimum of 3 hours spent completing assignments outside of class.

All of our training is live, whether taken online or in person, so you will benefit from interaction with your instructors and fellow participants each time you come to class.

**Online classes** are held over weekly 4-hour sessions on the same day and at the same time each week. See upcoming online dates and enroll in an online class to become a Certified Divorce Mediator from the comfort of your own home.

**In-person classes** are held over four full (often consecutive) days of training. We hold trainings all across the country, and on different days of the week, to make it easier for you to find nearby classes that work with your schedule. See upcoming in-person classes and become a Certified Divorce Mediator in as little as 4 days.



TESTIMONIALS

# Course Curriculum

12/12/24, 7:09 AM                                                    Divorce Mediation Certificate Program

Day 1 [Sessions 1 & 2]

## Foundations & Process

Starting with an understanding of what Mediation is and isn't, participants learn every step of the Mediation Process and how to guide Divorce Mediation clients toward fair and equitable agreements.

Day 2 [Sessions 3 & 4]

## Essential Skills & Issues

Participants learn the essential skills and fundamental principles of highly effective mediators, and how to address every issue that clients must come to agreements on to be granted an uncontested divorce.

Day 3 [Sessions 5 & 6]

## Agreements & Application

Participants learn, step by step, how to take agreements reached in mediation and write Memoranda of Understanding for their clients, applying all they've learned in exercises and assignments.

Day 4 [Sessions 7 & 8]

## Psychology & Planning

Participants finish the course by learning more about the psychology, ethics, and legal aspects of Mediation and how to prepare for and plan to add mediation to an existing practice or to start a mediation business.

Want to know more about the DMCP? Click here to download the full curriculum.

## Included with Tuition

12/12/24, 7:09 AM                                                                 Divorce Mediation Certificate Program



The tax-deductible tuition for this program is $975 and includes necessary materials for classwork as well as resources for couples after course completion, including:

- A Professional Divorce Mediator Certificate
- Resources and tools for handling mediation cases
- Forms, templates, and a business model for either incorporating mediation services into an existing mental health practice or establishing a new and separate divorce mediation practice

TESTIMONIALS

ENROLL NOW

# LEARNING OBJECTIVES

At the conclusion of this program participants will be able to:

   Describe what divorce mediation is and define the role of divorce mediator.

   Distinguish mediation from other forms of conflict resolution.

https://www.conflictresolutiontraining.com/divorce-mediation-certificate                                          5/9

 Determine when divorce mediation is, and is not, appropriate for divorcing couples.

 List the three principles that guide successful mediators in helping clients reach agreement on the issues that need to be resolved in divorce.

 Guide divorcing spouses in the creation of a parenting plan with a view toward the best interest of the children of the family.

 Provide guidance to divorcing spouses on the calculation of child support obligations.

 Utilize techniques for minimizing, avoiding, and breaking impasse.

 Write Memoranda of Understanding on behalf of divorce mediation clients.

 Assist clients in resolving deadlocks and disagreements through conciliation, empathy and cooperation.

 Describe best practices to guard against legal liability and how to avoid conflicts of interest and thereby professional malfeasance.

 Plan when and how to introduce legal, financial, mental health and other professionals to divorce mediation clients when such expertise is needed.

 Provide divorce mediation services as part of a mental health practice or as a separate divorce mediation practice.

12/12/24, 7:09 AM                                              Divorce Mediation Certificate Program

 Mediate all aspects of a divorce case from beginning to end, using experts as resources when necessary.

 USD ($)



**CONFLICT RESOLUTION TRAINING**

Mediation and Conflict Resolution Training

 0

*An ADR Program Development Company*

| Home | About Us | Divorce Mediation | Special Ed Workshops | Elder Dispute Facilitation | Workplace Culture Series | More |

# Continuing Education Credits

This program has been approved for 35 Continuing Education Credits for Psychologists and other mental health professionals.

In order to receive credit you must attend all sessions in their entirety, save approximately 15 minutes. In some cases of emergencies, make up assignments may be completed to satisfy attendance requirements.

This program is co-sponsored by the Advanced Education Institute (AEI) and Conflict Resolution Training. AEI is approved

12/12/24, 7:09 AM                                                         Divorce Mediation Certificate Program

by the American Psychological Association to offer continuing education for psychologists. AEI maintains responsibility for this program and its contents

**TESTIMONIALS**



Widget Didn't Load
Check your internet and refresh this page.
If that doesn't work, contact us.
Refresh this page

12/12/24, 7:09 AM                                             Divorce Mediation Certificate Program

### Get To Know Us

About Us

On Our Minds (Blog)

Faculty

Graduates

### Certificate Programs

Divorce Mediation Certificate

Introduction to Divorce Mediation

Special Ed Mediation Certificate

Elder Care Facilitation Certificate Program

Workplace Conflict Resolution Certificate

### Books

Introduction To Special Education Mediation

The Mediator's Guide to Reaching & Writing Agreements

### Workplace Programs

Workplace Culture Program Series

Workplace Programs for Organizations

### Let Us Help You

Contact Us

Tuition Payment Plans

Continuing Education

Transfers & Cancellations

Privacy Policy

© 2024 - 2025 Conflict Resolution Training, Inc. All Rights Reserved.