# EXHIBIT J

**APPENDIX A _ SELECTIVE COMPARISON OF COPYING OF MARKETING MATERIAL-CHICAGO SCHHOL AND CRT**

| The Chicago School's Description | CRT's Description |
|---|---|
| **Sessions 1 and 2- Foundations and Process** Starting with an understanding of what Mediation is and isn't, participants learn every step of the Mediation Process and how to guide Divorce Mediation clients toward fair and equitable agreements. | **Day 1 [Sessions 1 & 2] Foundations & Process** Starting with an understanding of what Mediation is and isn't, participants learn every step of the Mediation Process and how to guide Divorce Mediation clients toward fair and equitable agreements. |
| **Sessions 3 and 4- Essential Skills and Issues** Participants learn the essential skills and fundamental principles of highly effective mediators, and how to address every issue that clients must come to agreements on to be granted an uncontested divorce. | **Day 2 [Sessions 3 & 4] Essential Skills & Issues** Participants learn the essential skills and fundamental principles of highly effective mediators, and how to address every issue that clients must come to agreements on to be granted an uncontested divorce. |
| **Sessions 5 and 6- Agreements and Application** Participants learn, step by step, how to take agreements reached in mediation and write Memoranda of Understanding for their clients, applying all they've learned in exercises and assignments. | **Day 3 [Sessions 5 & 6] Agreements & Application** Participants learn, step by step, how to take agreements reached in mediation and write Memoranda of Understanding for their clients, applying all they've learned in exercises and assignments. |
| **Sessions 7 and 8- Psychology and Planning** Participants finish the course by learning more about the psychology, ethics, and legal aspects of Mediation and how to prepare for and plan to add mediation to an existing practice or to start a mediation business. | **Day 4 [Sessions 7 & 8] Psychology & Planning** Participants finish the course by learning more about the psychology, ethics, and legal aspects of Mediation and how to prepare for and plan to add mediation to an existing practice or to start a mediation business. |

**APPENDIX A _ SELECTIVE COMPARISON OF COPYING OF MARKETING MATERIAL- CHICAGO SCHHOL AND CRT**

| The Chicago School Course Description | CRT Course Description |
|---|---|
| The Divorce Mediation Training Certificate Course- Level 2, presented by The Harmony Institutes, will teach you everything you need to know to begin work as a Divorce Mediator immediately upon Certification. More than just the basics of divorce mediation, this comprehensive, post graduate level program will teach you everything about handling a divorce mediation case from the time your clients call to schedule an appointment to the time they leave your office with a complete agreement on all of the terms of their divorce.<br><br>Linear, step-by-step instruction from top tier faculty, and all of the tools you will need to be an effective mediator, will leave you feeling confident about helping divorcing spouses resolve conflict and end their marriage in a positive, healthy manner, avoiding the acrimony that accompanies divorce court proceedings. | The Divorce Mediation Certificate Program will teach you everything you need to know to begin work as a Divorce Mediator immediately upon Certification. More than just the basics of divorce mediation, this comprehensive, post graduate level program will teach you everything about handling a divorce mediation case from the time your clients call to schedule an appointment to the time they leave your office with a complete agreement on all of the terms of their divorce.<br><br>Linear, step-by-step instruction from top tier faculty, and all of the tools you will need to be an effective mediator, will leave you feeling confident about helping divorcing spouses resolve conflict and end their marriage in a positive, healthy manner, avoiding the acrimony that accompanies divorce court proceedings. |

| The Chicago School – Included with Tuition | CRT – Included with Tuition |
|---|---|
| **Included in Tuition**<br><br>The tax-deductible tuition for this program includes all of the necessary materials for classwork as well as resources for working with couples after course completion, including:<br><br>• A Professional Divorce Mediator Certificate<br>• Resources and tools for handling mediation cases<br>• Forms, templates, and a business model for either incorporating mediation services into an existing mental health practice or establishing a new and separate divorce mediation practice | **Included with Tuition**<br><br>The tax-deductible tuition for this program is $975 and includes all of the necessary materials for classwork as well as resources for working with couples after course completion, including:<br><br>• A Professional Divorce Mediator Certificate<br>• Resources and tools for handling mediation cases<br>• Forms, templates, and a business model for either incorporating mediation services into an existing mental health practice or establishing a new and separate divorce mediation practice |