# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-457-691**

**Effective Date of Registration:**
November 25, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

        **Title of Work:** CRT Website Content

## Completion/Publication

        **Year of Completion:** 2024

## Author

-       **Author:** Conflict Resolution Training, Inc.
      **Author Created:** text
    **Work made for hire:** Yes
          **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Conflict Resolution Training, Inc.
                                    217 Hanover Street, Boston, MA, 02113, United States

## Certification

               **Name:** Kaitlyn M. Garvin
                **Date:** October 21, 2024
**Applicant's Tracking Number:** 2113.100.22

      **Correspondence:** Yes