# EXHIBIT L

**APPENDIX B**

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| | |
| | |

1

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|



| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| **Conflict Resolution Alternatives**<br><br>LITIGATION   ARBITRATION   COLLABORATIVE   MEDIATION |  |
|  |  |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
|  |  |
|  |  |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
|  |  |
|  |  |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| Do you need to be an attorney to be a divorce mediator?<br><br>• Who can be a divorce mediator?<br>• Rules and regulations regarding certification of mediators<br>• Rules and regulations regarding conduct within the mediation profession | **WHO CAN BE A DIVORCE MEDIATOR** 12<br><br>Rules and regulations regarding certification of mediators <br><br>Rules and regulations regarding conduct within the mediation profession  |
|  Perception and Reality<br>•Attorneys have a psychological advantage<br>•Mental health professionals have a practical advantage | **Perception and Reality: Attorneys vs. Mental Health Professionals** 13<br><br>**Perception**<br>**Attorneys - Psychological Advantage**<br><br>• **Authority and Control:** Exude confidence and authority, making them appear more in control of situations.<br>• **Persuasive Skills:** Experience in negotiation enhances their ability to persuade and influence decisions.<br>• **Perceived Expertise:** Often viewed with a high level of respect, contributing to the perception of psychological dominance. | **Reality**<br>**Mental Health Professionals: Practical Advantage**<br><br>• **Understanding Human Behavior:** Possess in-depth knowledge of psychological principles, allowing for practical and empathetic solutions.<br>• **Conflict Resolution:** Training equips them with skills to mediate and resolve conflicts effectively.<br>• **Holistic Approach:** Often takes a holistic view of individuals' problems, addressing underlying issues rather than just symptoms. |

6

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| **Responsibility of the Divorce Mediator** — To assist divorcing spouses in reaching a fair and equitable agreement based upon their unique, personal circumstance. | **Responsibility of the Divorce Mediator** — To assist divorcing spouses in reaching a fair and equitable agreement based upon their unique, personal circumstances — 14 |
| **Responsibilities of the Mediator with Attorneys Present** — • Maintain Control • Acknowledge and validate everyone's presence in the room, and give the parties' attorneys a role in the process • Present the attorneys as important for the sake of fostering their relationships with their clients • Remain neutral | **Responsibilities of Mediator when Attorneys present** — **Maintain control:** keep a firm grip on the direction and flow of the proceedings. **Acknowledge and validate:** Recognize everyone's presence in the room and involve parties' attorneys in the process. **Present attorneys as important:** Highlight the significance of attorneys to strengthen their relationships with their clients. **Remain neutral:** Ensure impartiality throughout the process. — 15 |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
|  |  |
|  |  |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| **The Financial Cost of Mediation**<br><br>Some clients come to mediation strictly because they think it costs less than hiring attorneys.<br><br>How attorneys charge clients<br>vs.<br>How mediators charge clients | **18**<br><br>The Financial Cost of  Mediation<br><br>Some clients come to mediation strictly because they think it costs less than hiring attorneys.<br><br>How attorneys charge clients<br><br>How mediators charge clients |
| **When Mediation is NOT Appropriate**<br><br>Domestic violence, substance abuse, child abuse and/or neglect<br>Using break-out sessions/caucusing<br><br>Restraining orders between parties<br><br>Screening for and reporting abuse – legal obligations | **19**<br><br>When Mediation May NOT Be Appropriate<br><br>Family violence and substance abuse and /or neglect<br><br>Restraining orders between parties<br><br>Imbalance of power<br><br>Pre and post-nuptial agreements |

| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|



| SLIDES FROM CRT COPYRIGHTED STUDENT BOOK | SLIDES FROM STUDENT MANUAL PROVIDED BY DEFENDANTS & THI TO THE CHICAGO SCHOOL ON 6/10/24 |
|---|---|
| | |
| | |

Divorce Statistics

First Marriage: 45% to 50% end in divorce

Second Marriage: 60% to 67% end in divorce

Third Marriage: 70% to 73% end in divorce

Divorce Statistics

- 1st Marriage: 41% end in divorce
- 2nd Marriage: 67% end in divorce
- 3rd Marriage: 73% end in divorce

The Nuts and Bolts of a Mediation Case

- It all starts with a telephone call
- Your clients arrive
- The mediation case is opened
- Fact finding and issue resolution commence
- Fact finding and issue resolution conclude
- The agreement is written by the mediator
- The agreement is reviewed by the clients and their attorneys
- The agreement is finalized
- The mediation case is closed

The Nuts and Bolts of a Mediation Case

The process begins with a phone call
Clients arrive
Mediation case is initiated
Fact-finding and issue resolution start
Fact-finding and issue resolution end
Mediator drafts the agreement
Clients and their attorneys review the agreement
Agreement is finalized
Mediation case is closed