# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-436-955

**Effective Date of Registration:**
October 21, 2024
**Registration Decision Date:**
October 21, 2024

---

## Title

**Title of Work:** DMCP Student Book, United States Edition

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** March 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Conflict Resolution Training, Inc.
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Conflict Resolution Training, Inc.
217 Hanover Street, Boston, MA, 02113, United States

## Certification

**Name:** Kaitlyn M. Garvin
**Date:** October 21, 2024
**Applicant's Tracking Number:** 2113.100.22

---

**Copyright Office notes:** Regarding title information: Edition statement added by Copyright Office from deposited work