UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Susan Deveney | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:24-cv-00127-AJ |
| | : |
| Elizabeth Owen, Katherine Ko, and | : |
| The Harmony Institutes, Inc. | : |
| | : |
| Defendants. | : |
| | : |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**
**TO EXTEND DEADLINES AND CONTINUE TRIAL TO JUNE 16, 2026**

The parties, by their undersigned attorneys, respectfully submit this Joint Motion to Modify the Scheduling Order in this matter by extending certain deadlines in the case, and move to continue the trial to June 16, 2026. In support of this Joint Motion, the parties state as follows:

1.  On April 16, 2025, this Court entered an Order granting the parties' Joint Motion to Extend Deadlines filed April 15, 2025.

2.  The parties' April 15, 2025 Motion was intended in part to allow Plaintiff to complete internal document review that Plaintiff anticipated would result in a significant production of documents, and to provide enough time for Defendants to process those documents.

3.  Discovery has proceeded and the parties have produced considerable information. A portion of the discovery, sensitive business information, was delayed as counsel worked through how best to handle this highly confidential information and those issues have been addressed, including with an "attorney's eyes only" designation. Some of that information is relevant to expert witness retention and disclosures.

23456463.1

4.     In addition, one of the defendants in the case experienced significant health issues this year that has inhibited that party's participation in matters related to the case but that has recently improved.

5.     Given the amount of information that has been disclosed and considerable costs that remain to complete discovery, take depositions, conduct expert discovery, and prepare the case, counsel have been discussing a resolution. The parties postponed some discovery matters in order to avoid incurring expenses and have focused on resolving the case.  They had planned on a mediation on September 11 but had to reschedule it. As set forth in more detail in the Joint Statement Regarding Mediation filed October 15, 2025, after trying three different mediators and encountering no alignment of schedules for all of the parties, counsel, the mediator, and the parties have found a fourth mediator and have agreed to a mediation on October 22.

6.     Accordingly, the parties seek to extend deadlines to allow them to hold the mediation and resume active efforts to complete discovery if mediation is not successful. They propose an extension of remaining deadlines as follows:

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Experts and Experts' Written Reports (Defendant or responding party) | June 9, 2025 | December 10, 2025 |
| Rebuttal Expert Report |  | Timing per Rule 26(a)(2)(D) |
| Rule 26(e) Supplementation | July 9, 2025 | January 12, 2026 |
| Completion of Discovery | July 9, 2025 | January 12, 2026 |
| Challenges to Expert Testimony | August 11, 2025 | February 12, 2026 |

23456463.1

      7.      Trial is currently scheduled for December 9, 2025. The parties respectfully request, after consideration of the schedules of counsel and the parties, a continuance of trial to June 16, 2026.

      8.      A completed Civil Form 3, Extending Deadlines Set in Discovery Plan, is attached hereto.

      9.      No memorandum of law is submitted as the matter is within the discretion of the Court.

WHEREFORE, for the reasons set forth above, the parties respectfully request this Honorable Court:

      A.      Grant this Motion;

      B.      Extend the deadlines as set forth herein and in the attached Civil Form 3;

      C.      Continue the trial presently scheduled for December 9, 2025 to the two-week period beginning June 16, 2026; and

      D.      Grant such other relief as may be just and proper.

Respectfully submitted,

SUSAN DEVENEY

By her attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: October 20, 2025

By: /s/ *Ryan P. Lirette*
Ryan P. Lirette, Bar No. 19561
Charles M. Waters, Bar No. 631425
75 Portsmouth Boulevard, Suite 110
Portsmouth, NH 03801
(603) 431-1222
rlirette@sheehan.com
cwaters@sheehan.com

23456463.1

|  |  |
|---|---|
|  | ELIZABETH OWEN, KATHERINE KO, and THE HARMONY INSTITUTES, INC. |
|  | By their attorneys, |
|  | PRETI FLAHERTY, PLLP |
| Dated: October 20, 2025 | By: /s/ *Peter G. Callaghan* <br> Peter G. Callaghan, Bar No. 6811 <br> Kat Mail, Bar No. 274914 <br> P.O. Box 1318 <br> Concord, NH 03302-1318 <br> (603) 410-1500 <br> pcallaghan@preti.com <br> kmail@preti.com |

## CERTIFICATE OF SERVICE

I hereby certify this 20th day of October 2025 copies of the foregoing document have been served on all counsel of record electronically via ECF.

/s/ *Peter G. Callaghan*
Peter G. Callaghan

23456463.1