**Civil Form 3, Extending Deadlines Set in Discovery Plan**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Susan Deveney | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:24-cv-00127-AJ |
| Elizabeth Owen, Katherine Ko, and The Harmony Institutes, Inc. | : |
| Defendants. | : |

**ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE APRIL 16, 2025 SCHEDULING ORDER**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of Experts and Experts' Written Reports (Defendant or responding party) | June 9, 2025 | December 10, 2025 |
| Rebuttal Expert Report | | Timing per Rule 26(a)(2)(D) |
| Rule 26(e) Supplementation | July 9, 2025 | January 12, 2026 |
| Completion of Discovery | July 9, 2025 | January 12, 2026 |
| Joint Statement re; Mediation | August 25, 2025 | October 15, 2025 |
| Challenges to Expert Testimony | August 11, 2025 | February 12, 2026 |
| Trial | December 9, 2025 | June 16, 2026 |

23456463.1